Case 4:20-cv-04092   Document 16   Filed 07/01/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JESUS ARRIAGA, §<br>    *Plaintiff,* §<br>vs. §<br> §<br>MUNDY SERVICE CORPORATION §<br>    *Defendant.* §<br> § | CIVIL ACTION 4:20-cv-04092 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, came before the Court, the Stipulation of Dismissal filed by Plaintiff JESUS ARRIAGA and Defendant MUNDY SERVICE CORPORATION. After considering the Stipulation of Dismissal, the Court is of the opinion that dismissal is proper as to the claims of Plaintiff JESUS ARRIAGA against Defendant MUNDY SERVICE CORPORATION. It is therefore:

ORDERED that this Stipulation of Dismissal is hereby GRANTED; and it is further

ORDERED that this case and all of the claims and causes of action of Plaintiff JESUS ARRIAGA against Defendant MUNDY SERVICE CORPORATION are hereby dismissed with prejudice; and it is further

ORDERED that all costs of court be assessed against the party incurring same.

SIGNED on this  1st  day of     July     , 2022.

_____
UNITED STATES DISTRICT JUDGE